# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **ALEMAYEHU GETACHEW,** | : | |
| | : | Case No. 16-cv-920 |
| **Plaintiff,** | : | |
| | : | JUDGE ALGENON L. MARBLEY |
| v. | : | |
| | : | Magistrate Judge Kemp |
| **ASHLAND CITY,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Before the Court are Plaintiff's September 26, 2016 Motion for Leave to Proceed *in forma pauperis* (Doc. 1), and the Report and Recommendation of the Magistrate Judge as to said motion, recommending that the matter be transferred to the Northern District of Ohio, Eastern Division, for all further proceedings, including a ruling on Plaintiff's motion for leave to proceed. (Doc. 2 at 1-2.)

The Report and Recommendation specifically advised parties "that failure to object to the Report and Recommendation will result in a waiver of the right to have the district judge review the Report and Recommendation de novo, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." (Doc. 2 at 3 (citing *Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).) Objections were due October 21, 2016. Neither party has objected.

It is therefore **ORDERED** that this matter be transferred to the Northern District of Ohio, Eastern Division, for all further rulings, including a ruling on Plaintiff's motion for leave to proceed.

**IT IS SO ORDERED.**

        <u>s/Algenon L. Marbley</u>
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT COURT**

**Dated: November 1, 2016**